UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMANUEL OHAI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>JOHN DOE,<br><br>　　　　Defendants. | CASE NO. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1.　Experian is a named Defendant in Civil Action No. 2024-SV-1285 filed by Plaintiff Emmanuel Ohai ("Plaintiff") in the State Court of Rockdale County, Georgia (the "State Court Action").

2.　The Complaint in the State Court Action was filed with the Clerk of the State Court of Rockdale County on February 20, 2024. Defendant Experian was served with the Summons and Complaint on February 22, 2024.

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit 1.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. John Doe is an unknown, unnamed Defendant who has not yet been served with process.

8. The federal claims for relief against Experian and John Doe alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The

above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

9. This Court also has supplemental jurisdiction over Plaintiff's state law claims against Experian and John Doe because those claims are so related to Plaintiff's federal question claims that they form part of the same case or controversy pursuant to 28 U.S.C. § 1367(a).

10. Experian is informed and believes that no other defendant has been served with the Summons and Complaint in the State Court Action.

11. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: March 13, 2024

Respectfully submitted,

/s/ Michael D. McWaters
Michael D. McWaters
(Georgia Bar No. 523512)
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
mmcwaters@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day by depositing a copy of the same in the U.S. Mail, postage prepaid and addressed as follows:

Emmanuel Ohai
863 Flat Shoals Road SE
C #155
Conyers, GA 30094

*/s/ Michael D. McWaters*
Michael D. McWaters
Georgia Bar No. 523512

*Counsel for Defendant*
*Experian Information Solutions, Inc.*